UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ALEJANDRO CESAR IBARRA,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, et al.,<br><br>    Defendants. | Case No. 23-cv-02484-RMI<br><br>**ORDER ON MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 23 |

    Pending before the Court is Plaintiff's Motion to Alter or Amend the Judgment of the Court, ("Motion for Reconsideration"), requesting that the Court reconsider the Order Granting Attorney's Fees. (Pl.'s Mot., Dkt. 23; Order, Dkt. 22.) Plaintiff's counsel filed the motion on his behalf. Plaintiff argues that reconsideration is appropriate because he was not given fourteen days to file his objections to his counsel's fee requests before the Court granted the request; Plaintiff's counsel filed his response to the Motion for Reconsideration agreeing that Plaintiff should have been given more time to file his objections but opposing the substantive objections to the fee order. (Pl.'s Counsel's Resp., Dkt. 24.) In addition to filing the motion on behalf of Plaintiff, counsel also filed Plaintiff's exhibits 26–30. (Pl.'s Exs., Dkt. 26.)

    The motion for attorney's fees was filed on October 31, 2025, and the Order granting the motion for fees was issued on November 5, 2025; as such, Plaintiff was not given the requisite fourteen days to file his response to his counsel's motion for fees. On this basis, the Court **GRANTS** the Motion for Reconsideration of the Order Granting Attorney's Fees. Presently submitted to the Court are Plaintiff's 24-page motion objecting to the Order granting fees and 102 pages of exhibits labeled 26 through 30. However, it is not clear from the filings whether the

Motion for Reconsideration includes the totality of Plaintiff's objections to the request for attorney's fees under Section 406(b), and the Motion references many exhibits that have not been provided to the Court. Plaintiff is therefore **granted fourteen (14) days** from the issuance of this order to file any other documents responding to the motion for attorney's fees and any exhibits supporting those responses. Plaintiff may request that his counsel file these documents on his behalf, as occurred for the Motion and exhibits 26–30, or he may file the documents himself by mail to the following address:

> Office of the Clerk
> United States District Court
> 450 Golden Gate Ave., 16th Fl.
> San Francisco, CA 94102-3489

Further information on filing papers with the Court can be found on the Northern District of California's website and at this link: https://cand.uscourts.gov/representing-yourself/pro-se-handbook. Plaintiff's counsel is **ORDERED** to serve this Order on Plaintiff and provide proof of service to the Court.

Finally, Plaintiff has engaged in multiple ex parte communications with the Court's chambers through calls and emails to chambers staff. Plaintiff **SHALL** refrain from any further ex parte communications while this matter proceeds.

**IT IS SO ORDERED.**

Dated: November 14, 2025

ROBERT M. ILLMAN
United States Magistrate Judge