UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ALEJANDRO CESAR IBARRA,<br>Plaintiff,<br>v.<br>KILOLO KIJAKAZI, et al.,<br>Defendants. | Case No. 23-cv-02484-RMI<br><br>**ORDER EXTENDING TIME TO RESPOND** |

On November 14, 2025, the Court issued an Order granting Plaintiff Ibarra's Motion for Reconsideration of the Order Granting Attorney's Fees (dkt. 27). In that Order, the Court acknowledged that it had acted too quickly in granting the Motion for Attorney's Fees (dkt. 22) and then granted Ibarra an additional 14 days in which to file any objections to the Motion. Additionally, the Court instructed Ibarra to refrain from further ex parte communications with the court after he had engaged in multiple ex parte communications with the Court's chambers through phone calls and emails to chambers staff. Rather than file objections, Ibarra has continued to make multiple calls to chambers and send multiple emails. While the communications are rather lengthy, the upshot of them appears to be a request for additional time in which to file objections. To be clear, the Court has provided Ibarra multiple ways to file his objections including mailing the objections or filing them through counsel. The Court even directed Ibarra to the district's pro se handbook, which includes instructions for e-filing and contact information for the pro se help desk. To the extent Ibarra is seeking additional time to file objections, the proper path would have been to file a motion rather than continuously calling and emailing chambers staff. Normally, the Court would note that Ibarra had missed his deadline and issue a new ruling on the Motion for

Attorney's Fees, but the Court erred and acted too quickly in the first instance. Thus, out of an abundance of caution, the Court will again extend the time for Ibarra to file objections. Ibarra will be given an additional 14 days from the date of this order, which the court will, as a courtesy, email to Ibarra, giving him a total of 45 days from the date of the original Motion and 31 days from the date of the Court's Order granting his Motion to Alter Judgment.

In the meantime, Ibarra is admonished for his ex parte communications and instructed to refrain. All future communications must come in the form of filings—stated simply, the Court will not respond to any future emails or phone calls.

**IT IS SO ORDERED.**

Dated: December 1, 2025

ROBERT M. ILLMAN
United States Magistrate Judge